UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BOBBY'S COUNTRY COOKIN', LLC** | **CIVIL ACTION NO.  2:19-CV-0552** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAITR HOLDINGS, INC.** | **MAG. JUDGE KATHLEEN KAY** |

**JUDGMENT**

For the reasons set for in the Memorandum Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Waitr's Motion for Partial Summary Judgment [Doc. No. 64] is **GRANTED IN PART and DENIED IN PART**.

**IT IS ORDERED** that as to Count I and Count II, the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that as to Count III the Motion is **GRANTED.**

**MONROE, LOUISIANA** this 24th day of September 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE