UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| BOBBY'S COUNTRY COOKIN', LLC; CASA MANANA, INC.; QUE PASA TAQUERIA, LLC; and CASA TU SULPHUR, LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>WAITR HOLDINGS, INC.<br><br>    Defendant. | Case No.: 2:19-cv-00552-TAD-KK<br><br>CLASS ACTION |

## JOINT NOTICE REGARDING SETTLEMENT

Pursuant to this Court's January 18, 2022 Order [Doc. 162], plaintiffs, Bobby's Country Cookin', LLC, Casa Manana, Inc., Que Pasa Taqueria, LLC, and Casa Tu Sulphur, LLC, and Defendant, Waitr Holdings Inc., (collectively, the "Parties") provide notice that the Parties have agreed to a settlement of this litigation in principle. The Parties are currently working toward a formal settlement agreement. The Parties will file a Motion for Preliminary Approval of the Settlement, Conditional Certification of the Settlement Classes, and Approval of the Proposed Notice of Settlement and Class Action Settlement Procedures within twenty-eight (28) days of the filing of this Notice, *i.e.*, on or before March 14, 2022. The parties respectfully request that the Court set a Preliminary Approval Hearing via remote means the following week of March 21, 2022. If the Parties are unable to finalize a formal settlement agreement, the Parties will instead file a proposed Joint Case Management Order for Court approval by no later than March 14, 2022.

Respectfully submitted,

*/s/ Nicholas W. Armstrong*
Nicholas W. Armstrong
**PRICE ARMSTRONG, LLC**
2226 First Avenue South, Suite 105
Birmingham, Alabama 35233
Phone: 205.208.9588
Email: nick@pricearmstrong.com
*Attorneys for Plaintiffs*


*/s/ Adras Paul Laborde, III*
Adras Paul LaBorde, III
Louisiana Bar Number 21580
**DUDLEY DEBOSIER, PC**
1075 Government Street
Baton Rouge, Louisiana 70802
Phone: 225.478.4122
Fax: 225.478.4271
Email: PLaborde@dudleydebosier.com


*/s/ Matthew C. Juneau*
AMELIA W. KOCH, T.A. (2168)
ANNE DERBES WITTMANN (20584)
ERIN PELLETERI HOWSER (30666)
MATTHEW C. JUNEAU (33210)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-Mail: akoch@bakerdonelson.com
  awittmann@bakerdonelson.com
  epelleteri@bakerdonelson.com
  mjuneau@bakerdonelson.com

*Attorneys for Defendant, Waitr Holdings Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

                                                      */s/ Matthew C. Juneau*